IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| WESTWIND MANOR RESORT ASSOCIATION, INC., *et al.*,[1] | Case No. 19-50026 (DRJ) |
| Debtors. | Jointly Administered |

**NOTICE OF AMENDMENT TO:
PLAN SUPPLEMENT FOR THE DEBTORS' AND COMMITTEE'S
FIRST AMENDED JOINT PLAN OF REORGANIZATION**

**PLEASE TAKE NOTICE THAT**, the above-referend debtors and debtors in possession (the "**Debtors**") hereby provided notice of an amendment to the *Plan Supplement for the Debtors' and Committee's First Amended Joint Plan of Reorganization* [Docket No. 903], for the information contained therein, as follows:

| **Exhibit** | **Description** | **Plan Ref.** |
|---|---|---|
| K | Schedule of Executory Contracts to be Assumed | 8.01 |

Certain documents, or portions thereof, contained in this Plan Supplement[2] remain subject to continuing negotiations among the Debtors and other interested parties with respect thereto. The Debtors reserve all rights to amend, revise, or supplement the Plan Supplement, and any of the documents and designations contained herein, at any time before the Plan Effective Date, or any such other date in accordance with the Plan, the Confirmation Order or any other order of the Bankruptcy Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Westwind Manor Resort Association, Inc. (7533); Warrior ATV Golf, LLC (3420); Warrior Acquisitions, LLC (9919); Warrior Golf Development, LLC (5741); Warrior Golf Management, LLC (7882); Warrior Golf Assets, LLC (1639); Warrior Golf Venture, LLC (7752); Warrior Premium Properties, LLC (0220); Warrior Golf, LLC, a Delaware limited liability company (4207); Warrior Custom Golf, Inc. (2941); Warrior Golf Equities, LLC (9803); Warrior Golf Capital, LLC (5713); Warrior Golf Resources, LLC (6619); Warrior Golf Legends, LLC (3099); Warrior Golf Holdings, LLC (2892); and Warrior Capital Management, LLC (8233). The address of the Debtors' corporate headquarters is 15 Mason, Suite A, Irvine, California 92618.

[2] Capitalized terms used but not otherwise defined in this Plan Supplement shall have the meanings ascribed to such terms in the *Debtors' and Committee's First Amended Joint Plan of Reorganization* [Docket No. 787], as it may be amended, modified, or supplemented from time to time.

Dated: July 31, 2020	/s/ *Michael D. Warner*
Michael D. Warner, Esq. (TX Bar No. 00792304)
**COLE SCHOTZ, P.C.**
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255
mwarner@coleschotz.com

*Counsel for the Debtors*

# **EXHIBIT K**

**Debtors Executory Contract List**

At this time, the Debtors propose to assume the following contracts subject to the identified cure amounts.  The Debtors reserve their right to amend the following list to reject certain of the following executory contracts and unexpired leases prior to the effective date.

| Contract | Reorganized Debtor | Original Date | Contract Number | Cure Amount |
|---|---|---|---|---|
| DLL Finance LLC<br>c/o Jeremiah Barton Hayes<br>Taherzadeh PLLC<br>5001 Spring Valley Rd, Ste 1020W<br>Dallas, TX 75244 | Warrior Acquisitions, LLC | 6/5/17 | 101-0430190 | $7,720.00 |
| DLL Finance LLC<br>c/o Jeremiah Barton Hayes<br>Taherzadeh PLLC<br>5001 Spring Valley Rd, Ste 1020W<br>Dallas, TX 75244 | Warrior Acquisitions, LLC | 7/27/17 | 101-0432999 | $9,079.00 |
| DLL Finance LLC<br>c/o Jeremiah Barton Hayes<br>Taherzadeh PLLC<br>5001 Spring Valley Rd, Ste 1020W<br>Dallas, TX 75244 | Warrior Acquisitions, LLC | 4/4/16 | 101-0416051 | $47,948.00 |
| DLL Finance LLC<br>c/o Jeremiah Barton Hayes<br>Taherzadeh PLLC<br>5001 Spring Valley Rd, Ste 1020W<br>Dallas, TX 75244 | Warrior Acquisitions, LLC | n/a | 101-0397476 | $27,731.00 |
| DLL Finance LLC<br>c/o Jeremiah Barton Hayes<br>Taherzadeh PLLC<br>5001 Spring Valley Rd, Ste 1020W<br>Dallas, TX 75244 | Warrior Acquisitions, LLC | 10/5/16 | 101-0417915 | $2,019.00 |
| DLL Finance LLC<br>c/o Jeremiah Barton Hayes<br>Taherzadeh PLLC<br>5001 Spring Valley Rd, Ste 1020W<br>Dallas, TX 75244 | Warrior Acquisitions, LLC | n/a | 101-0415702 | $20,153.00 |

| | | | | |
|---|---|---|---|---|
| Five9 Inc<br>4000 Executive Pkwy, Ste 400<br>San Ramon, CA 94583 | Warrior Custom Golf, Inc. | 12/10/10 | n/a | $0.00 |
| Green Turtle LLC<br>c/o Paul Cliff<br>Gresham Savage Nolan & Tilden<br>550 East Hospitality Lane, Ste 300<br>San Bernardino, CA 92408 | Warrior Custom Golf, Inc. | 5/12/17 | n/a | $0.00 |
| PNC Bank<br>c/o Christopher V. Arisco<br>Padfield & Stout LLP<br>420 Throckmorton Street, Ste 1210<br>Fort Worth, TX 76102 | Warrior Acquisitions, LLC | 11/15/16 | 200873000 | $0.00 |
| PNC Bank<br>c/o Christopher V. Arisco<br>Padfield & Stout LLP<br>420 Throckmorton Street, Ste 1210<br>Fort Worth, TX 76102 | Warrior Acquisitions, LLC | 11/15/17 | 207879000 | $20,387.80 |
| Wells Fargo<br>800 Walnut Street<br>MAC F0005 055<br>Des Moines, IA 50309 | Warrior Acquisitions, LLC | 3/30/18 | 2589 | $4,788.00 |
| Wells Fargo<br>800 Walnut Street<br>MAC F0005 055<br>Des Moines, IA 50309 | Warrior Acquisitions, LLC | 11/26/18 | 1252 | $11,460.00 |
| Yamaha Motor Finance<br>c/o Brandon K. Bains<br>Langley LLP<br>1301 Solana Blvd<br>Building 1, Ste 1545<br>Westlake, TX 76262 | Warrior Acquisitions, LLC | 11/1/18 | 18110331 | $49,699.00 |
| | | | Total: | $193,264.80 |

**For the avoidance of doubt, the Debtors have not listed any executory contracts or unexpired leases the Debtors may have entered into following the Petition Date.