

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/27/2021

| | |
|---|---|
| In re: <br><br> WESTWIND MANOR RESORT ASSOCIATION, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-50026 (DRJ) <br><br> Jointly Administered |

### ORDER GRANTING CREDITOR TRUST'S SECOND MOTION TO EXTEND THE DEADLINE TO FILE CLAIM OBJECTIONS
(Related Docket No. 1173 )

Upon the motion (the "**Motion**")[2] of the Creditor Trustee in the above-referenced Chapter 11 cases for entry of an order further extending the deadline to file objections to claims; and the Court having jurisdiction to consider the Motion and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2) on which the Court may enter a final order consistent with Article III of the United States Constitution; and venue being properly in this district under 28 U.S.C. §§ 1408 and 1409; and good and adequate notice of the Motion having been given under the circumstances and it appearing that no other or further notice need be provided; and it appearing that the legal and factual bases set forth in the Motion establish just

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Westwind Manor Resort Association, Inc. (7533); Warrior ATV Golf, LLC (3420); Warrior Acquisitions, LLC (9919); Warrior Golf Development, LLC (5741); Warrior Golf Management, LLC (7882); Warrior Golf Assets, LLC (1639); Warrior Golf Venture, LLC (7752); Warrior Premium Properties, LLC (0220); Warrior Golf, LLC (4207); Warrior Custom Golf, Inc. (2941); Warrior Golf Equities, LLC (9803); Warrior Golf Capital, LLC (5713); Warrior Golf Resources, LLC (6619); Warrior Golf Legends, LLC (3099); Warrior Golf Holdings, LLC (2892); and Warrior Capital Management, LLC (8233). The address of the Debtors' corporate headquarters is 15 Mason, Suite A, Irvine, California 92618.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1. The Motion is hereby **GRANTED**, to the extent set forth herein.

2. The Claims Objection Deadline shall be extended through December 1, 2021, without prejudice to the Creditor Trust's rights to request further extensions.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**Signed: May 26, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**