## EXHIBIT A

**Draft Final Accounting for Westwind Manor Resort Association, Inc., et al.**
**Prepared as of April 30, 2026**

| | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Total |
|---|---|---|---|---|---|---|---|---|
| **Effective Date Cash - August 5, 2020** | 377,881 | | | | | | | |
| | | | | | | | | |
| **Trust Operations** | | | | | | | | |
| Litigation and other Trust Recoveries | - | 22,830 | 36,967 | 985,201 | 53,500 | - | | 1,098,498 |
| Trust Professional Fees | (48,444) | (872,571) | (608,680) | (833,881) | (83,987) | (132,698) | | (2,580,260) |
| **Net Trust Operations** | **(48,444)** | **(849,741)** | **(571,713)** | **151,320** | **(30,487)** | **(132,698)** | **-** | **(1,481,762)** |
| | | | | | | | | |
| **Warrior Golf & Custom Golf Operations** | | | | | | | | |
| Operating Revenue | 5,062,655 | 4,977,496 | 1,457,127 | - | - | - | | 11,497,278 |
| Payroll | (1,573,773) | (1,210,346) | (385,106) | - | - | - | | (3,169,226) |
| Operating Expenses | (3,028,913) | (4,198,906) | (450,998) | (45,863) | (238,258) | (12,936) | | (7,975,874) |
| **Net Operating Income/(Loss)** | **459,969** | **(431,757)** | **621,022** | **(45,863)** | **(238,258)** | **(12,936)** | **-** | **352,178** |
| | | | | | | | | |
| **Golf Course Sales** | | | | | | | | |
| Sale Proceeds | 2,255,000 | 3,438,641 | 4,450,000 | - | - | - | - | 10,143,641 |
| Real Estate Tax | (103,632) | (40,442) | (208,729) | - | - | - | - | (352,803) |
| Fees & Brokerage Commissions | (66,650) | (67,531) | (199,867) | - | - | - | - | (334,048) |
| Pre-Petion Secured Debt | (77,195) | - | (1,033,794) | - | - | - | - | (1,110,988) |
| **Net Proceeds from Course Sales** | **2,007,523** | **3,330,668** | **3,007,610** | **-** | **-** | **-** | **-** | **8,345,801** |
| | | | | | | | | |
| **Plan Distributions and Obligations** | | | | | | | | |
| DIP Loan and Exit Facility Repayment | (1,575,717) | (1,015,043) | (346,889) | - | - | - | - | (2,937,649) |
| United States Trustee Fees | - | (53,521) | (137,346) | (5,910) | (4,844) | (5,076) | (2,281) | (206,697) |
| Pre-Effective Date Professional Fee Claims | (1,186,864) | (337,499) | (2,704,558) | - | - | - | - | (4,228,920) |
| Other Administrative Expenses | - | (137,836) | - | - | - | - | - | (137,836) |
| **Net Plan Distributions and Obligations** | **(2,762,581)** | **(1,543,899)** | **(3,188,793)** | **(5,910)** | **(4,844)** | **(5,076)** | **(2,281)** | **(7,511,103)** |
| | | | | | | | | |
| Beginning Cash | 377,881 | 34,348 | 539,620 | 407,746 | 507,293 | 233,705 | 82,995 | |
| Ending Cash | 34,348 | 539,620 | 407,746 | 507,293 | 233,705 | 82,995 | 80,714 | |

**Closing Budget**

| | | |
|---|---|---|
| Cash on Hand April 30, 2026 | $ | 80,714 |
| Distributions on Allowed Professional Fee Claims (see table @ ¶ 50) | $ | (33,424) |
| Final United States Trustee Quarterly Fees - 2nd Quarter 2026 | $ | (1,073) |
| Remaining Funds | | $ 46,217 |

Estimated Final Winddown Expenses
(Including Motion for Final Decree)

| | | |
|---|---|---|
| Pachulski, Stang, Ziehl & Jones - Counsel to the Trust* | $ | 6,000 |
| Force 10 - Trustee and Financial Advisor to the Trust* | $ | 20,000 |
| Stretto - Final Noticing Costs - Trust's Noticing Agent** | $ | 20,000 |
| | | $ 46,000 |

| | | |
|---|---|---|
| Net Remaining Cash Potentially Available for Distribution | | $ 217 |

* The Firms addressing the final efforts of the Trust in connection with this Motion and the final administration of the Trust have agreed that their fees and expenses shall not collectively exceed the "Remaining Funds," and to the extent such fees and expenses exceed the "Remaining Funds," such firms shall provide a "courtesy discount" to the Trust.

** Estimated notice costs for approximately 5,000 parties