**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WESTWIND MANOR RESORT ASSOCIATION, INC., | ) | Case No. 19-50026 (MI) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF FINAL ACCOUNTING**

**PLEASE TAKE NOTICE** that Force 10 Agency Services LLC, in its capacity as the Creditor Trustee (the "Creditor Trustee") of the Creditor Trust (the "Creditor Trust"), pursuant to the Plan, as confirmed by the Confirmation Order, for the above-referenced jointly administered cases of Westwind Manor Resort Association, Inc., *et al.* (the "Debtors") hereby files the Final Accounting, which is attached as **Exhibit A**, in accordance with the Creditor Trust Agreement and the Court's *Order Granting Creditor Trustee's Motion for (I) Approval Of Payment Of Final Amounts, (II) Termination Of The Creditor Trust And The Dissolution Of The Remaining Debtors, (III) Discharge Of Creditor Trustee, Oversight Committee, And Custom Golf Board, (IV) Entry Of Final Decree Closing Remaining Chapter 11 Cases, And (V) Granting Related Relief* [Docket No. 1220] (the "Case Closure Order").[1]

**PLEASE TAKE FURTHER NOTICE** that paragraph 4 of the Case Closure Order provides that, "Upon final payment of the Final Amounts as set forth in the Motion and authorized herein, and the satisfaction of the terms of this Order, the Creditor Trust shall terminate under the terms of the Creditor Trust Agreement, and the Creditor Trustee shall be discharged from all duties under the Plan Documents and Creditor Trust Agreement without further order of this Court."

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Case Closure Order.

Concurrently herewith, the Creditor Trust is filing its final post-confirmation quarterly report for the second quarter of 2026, and the payment of the Final Amounts and remaining fees required to be paid to the U.S. Trustee are reflected in the attached Final Accounting. Accordingly, pursuant to paragraphs 4 and 5 of the Case Closure Order and Creditor Trust Agreement, the Creditor Trust has terminated, and the Creditor Trustee, the Oversight Committee, and their respective professionals are "discharged and released from any and all obligations under or related to the Creditor Trust Agreement, the Plan Documents, Confirmation Order, except as may be expressly provided for [in the Case Closure Order]." *See* Case Closure Order, ¶ 5.

Dated: July 21, 2026

Respectfully submitted,

By: /s/ *Michael D. Warner*

Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
**PACHULSKI STANG ZIEHL & JONES LLP**
700 Louisiana Street, Suite 4500
Houston, TX 77002
(713) 691-9385
(713) 691-9407 (fax)
mwarner@pszjlaw.com
bwallen@pszjlaw.com

*Counsel for Jeremy Rosenthal, solely in his capacity as Creditor Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2026, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

/s/ *Michael D. Warner*
Michael D. Warner, Esq.

# <u>EXHIBIT A</u>

**Final Accounting for Westwind Manor Resort Association, Inc., et al.**
**Prepared as of July 10, 2026**

| | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Total |
|---|---|---|---|---|---|---|---|---|
| **Effective Date Cash - August 5, 2020** | 377,881 | | | | | | | |
| **Trust Operations** | | | | | | | | |
| Litigation and other Trust Recoveries | - | 22,830 | 36,967 | 985,201 | 53,500 | - | - | 1,098,498 |
| Trust Professional Fees | (48,444) | (872,571) | (608,680) | (833,881) | (83,987) | (132,698) | (45,936) | (2,626,196) |
| **Net Trust Operations** | **(48,444)** | **(849,741)** | **(571,713)** | **151,320** | **(30,487)** | **(132,698)** | **(45,936)** | **(1,527,698)** |
| **Warrior Golf & Custom Golf Operations** | | | | | | | | |
| Operating Revenue | 5,062,655 | 4,977,496 | 1,457,127 | - | - | - | | 11,497,278 |
| Payroll | (1,573,773) | (1,210,346) | (385,106) | - | - | - | | (3,169,226) |
| Operating Expenses | (3,028,913) | (4,198,906) | (450,998) | (45,863) | (238,258) | (12,936) | | (7,975,874) |
| **Net Operating Income/(Loss)** | **459,969** | **(431,757)** | **621,022** | **(45,863)** | **(238,258)** | **(12,936)** | **-** | **352,178** |
| **Golf Course Sales** | | | | | | | | |
| Sale Proceeds | 2,255,000 | 3,438,641 | 4,450,000 | - | - | - | - | 10,143,641 |
| Real Estate Tax | (103,632) | (40,442) | (208,729) | - | - | - | - | (352,803) |
| Fees & Brokerage Commissions | (66,650) | (67,531) | (199,867) | - | - | - | - | (334,048) |
| Pre-Petion Secured Debt | (77,195) | - | (1,033,794) | - | - | - | - | (1,110,988) |
| **Net Proceeds from Course Sales** | **2,007,523** | **3,330,668** | **3,007,610** | **-** | **-** | **-** | **-** | **8,345,801** |
| **Plan Distributions and Obligations** | | | | | | | | |
| DIP Loan and Exit Facility Repayment | (1,575,717) | (1,015,043) | (346,889) | - | - | - | - | (2,937,649) |
| United States Trustee Fees | - | (53,521) | (137,346) | (5,910) | (4,844) | (5,076) | (3,635) | (210,332) |
| Pre-Effective Date Professional Fee Claims | (1,186,864) | (337,499) | (2,704,558) | - | - | - | - | (4,228,920) |
| Other Administrative Expenses | - | (137,836) | - | - | - | - | (33,424) | (171,260) |
| **Net Plan Distributions and Obligations** | **(2,762,581)** | **(1,543,899)** | **(3,188,793)** | **(5,910)** | **(4,844)** | **(5,076)** | **(37,059)** | **(7,548,162)** |
| Beginning Cash | 377,881 | 34,348 | 539,620 | 407,746 | 507,293 | 233,705 | **82,995** | |
| Ending Cash | 34,348 | 539,620 | 407,746 | 507,293 | 233,705 | 82,995 | **0** | |

**Final Closing Payments**

| | | |
|---|---|---|
| Distributions on Allowed Professional Fee Claims (see table @ ¶ 50) | $ (33,424) | |
| Final United States Trustee Quarterly Fees - 2nd Quarter 2026 | $ (1,354) | |
| Pachulski, Stang, Ziehl & Jones - Counsel to the Trust* | $ (5,525) | |
| Force 10 - Trustee and Financial Advisor to the Trust* | $ (29,311) | |
| Stretto - Final Noticing Costs - Trust's Noticing Agent** | $ (11,100) | |
| | | $ (80,714) |
| Net Remaining Cash Potentially Available for Distribution | | $ 0 |

* The Firms addressing the final efforts of the Trust in connection with this Motion and the final administration of the Trust have agreed that their fees and expenses shall not collectively exceed the "Remaining Funds," and to the extent such fees and expenses exceed the "Remaining Funds," such firms shall provide a "courtesy discount" to the Trust.